IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JPMORGAN CHASE BANK, N.A.,

        Plaintiff,

v.

CITY OF MONONA,

        Defendant.

ORDER

17-cv-752-wmc

---

The court held a hearing on October 11, 2017, during which the court heard evidence and argument on Chase's motion for a preliminary injunction. Consistent with the court's oral direction, the parties are to meet and confer on the injunction's language, generally consistent with their stipulation (dkt. #24), and present either their agreed-upon proposal or their counter proposals by the end of the day on Friday, October 13, 2017. In the meantime, the parties' stipulation (dkt. #24) will continue in effect until Monday, October 16, 2017, and the parties are expected to honor it in good faith.

Entered this 12th day of October, 2017.

        BY THE COURT:

        /s/

        WILLIAM M. CONLEY
        District Judge